655 A.2d 438

IN THE MATTER OF JAMES J. PIERCE,
AN ATTORNEY AT LAW.

March 24, 1995.

### ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **JAMES J. PIERCE of WHITING,** who was admitted to the bar of this State in 1971, be reprimanded on the basis of a conviction on a charge of lewdness in violation of *N.J.S.A.* 2C:14–4, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **JAMES J. PIERCE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.